IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00323-BNB

ELIZABETH HARTLEY,

    Plaintiff,

v.

DEPARTMENT OF AGRICULTURE, Forest Service Agency,
TOM J. VILSACK, Secretary, and
PATTY BILLS, Office mgr.,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 11th day of May, 2010.

BY THE COURT:

*s/Craig B. Shaffer*
CRAIG B. SHAFFER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00323-BNB

Elizabeth Hartley
424 32 Road #17
Clifton, CO 81520

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5\11\10

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk