FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 3 0 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00323-ZLW-CBS

ELIZABETH HARTLEY,

    Plaintiff,

v.

DEPARTMENT AGRICULTURE, Forest Service Agency,
TOM J. VILSACK, Secretary,
PATTY BILLS, Office Manager,

    Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

Magistrate Judge Craig B. Shaffer

This civil action is before the court for service of the Third Amended "Title VII Complaint" (doc. # 10). Pursuant to the Order of Reference dated May 26, 2010 (doc. # 15), this case was referred to the Magistrate Judge. On March 17, 2010, the court granted Plaintiff Ms. Hartley leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* doc. # 6). It is now

ORDERED that, if appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from the Defendants. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Third Amended "Title VII Complaint" (doc. # 10) and summons upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

It is

FURTHER ORDERED that after service of process, Defendants shall respond to the Third Amended "Title VII Complaint" (doc. # 10) as provided for in the Federal Rules of Civil Procedure.

Dated at Denver, Colorado this 29th day of June, 2010.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00323-ZLW-CBS

Elizabeth L. Hartley
424 - 32 Road #17
Clifton, CO 81520

Department of Agriculture, Forest Service Agency - **CERTIFIED**
1400 Independence Ave S.W.
Washington, D.C. 20750-0003

Tom J. Vilsack, Secretary - **CERTIFIED**
Bighorn National Forest
2013 Eastside 2nd St.
Sheridan, WY 82801

Patty Bills, Office Manager - **CERTIFIED**
Bighorn National Forest
2013 Eastside 2nd St.
Sheridan, WY 82801

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the The United States Attorney General; to the United States Attorney's Office; and to the U.S. Department of Agriculture for service of process on Tom J. Vilsack, Patty Bills, and Department of Agiculture, Forest Service Agency: TITLE VII COMPLAINT FILED 05/10/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on   6/30/10  .

GREGORY C. LANGHAM, CLERK

BY: _____
       Deputy Clerk